IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LINA BALL, *ET AL.*                                                PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. 1:06cv135WJG-JMR

BOBBY J. BOUNDS, *ET AL.*                                      DEFENDANTS

O R D E R

Pursuant to 28 U.S.C. Section 455, which provides that any justice, judge, or magistrate of the United States will disqualify himself in any proceeding in which his impartiality might reasonably be questioned, and the undersigned, having carefully reviewed this matter and being advised by the parties of the nature of this case, finds that there are certain nonwaivable grounds under 28 U.S.C. Section 455(b) which would require that I be disqualified from further participation in this case. I therefore recuse myself from this case.

The Clerk of the Court is hereby directed to reassign this case to another Judge in accordance with this Court's practice and procedure.

SO ORDERED, this the 6th day of March, 2006.

                                                   /s/      *Walter J. Gex III*
                                                      UNITED STATES SENIOR DISTRICT JUDGE